# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**TIEQUAIL BROWN**                                                                                    **PLAINTIFF**
**ADC #185015**

V.                          NO. 2:24-cv-00216-KGB-ERE

**DOES**                                                                                             **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.    Procedure for Filing Objections:**

This Recommendation for the dismissal of Mr. Brown's complaint has been sent to United States District Chief Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Chief Judge Baker may adopt this Recommendation without independently reviewing all the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

**II.   Discussion:**

On December 3, 2024, *pro se* plaintiff Tiequail Brown, an Arkansas Division of Correction ("ADC") inmate, filed this lawsuit under 42 U.S.C. § 1983. *Doc. 1*.

With his initial filing, Mr. Brown failed to provide a completed application for leave to proceed in forma pauperis (IFP); nor did he pay a filing fee. Accordingly,

on December 4, 2024, the Court directed the Clerk of Court to send Mr. Brown an IFP application and ordered him to either: (1) return a completed IFP application, along with a jail account information sheet; or (2) pay the $405.00 filing fee. *Doc. 2*. The Court's Order specifically warned Mr. Brown that his failure to comply within 30 days would likely result in the dismissal of this lawsuit. *Id*.

To date, Mr. Brown has not addressed the filing-fee requirement, and the time to do so has passed.

### III. Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Brown's complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's December 4, 2024 Order; (2) submit a completed IFP form or pay the filing fee; and (3) prosecute this lawsuit.

2. The Clerk be instructed to close this case.

Dated 8 January 2025.

_____
UNITED STATES MAGISTRATE JUDGE