## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**TIEQUAIL BROWN**                                                              **PLAINTIFF**
**ADC #185015**

**v.**                                      **Case No. 2:24-cv-00216-KGB**

**DOES**                                                                       **DEFENDANTS**

### ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 9). Judge Ervin recommends that this case be dismissed without prejudice based on plaintiff Tiequail Brown's failure to state a plausible constitutional claim for relief (*Id.*, at 1–2). Mr. Brown has not filed objections, and the time for doing so has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommended Disposition in its entirety as this Court's findings in all respects (*Id.*). Mr. Brown's complaint is dismissed without prejudice based on his failure to state a claim for relief (Dkt. No. 1). The Court recommends that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

So ordered this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge